IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> KIMBERLY CLONINGER, ) <br> Defendant. ) <br> and ) <br> ) <br> CHARLOTTE ORTHOPEDIC SPECIALISTS, PA) <br> Garnishee. ) | CASE NO. 3:96CV401 <br> (Financial Litigation Unit) |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Kimberly Cloninger is DISMISSED.

**SO ORDERED**.

Signed: November 20, 2008

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge